AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Zwart, Cheryl R. | 2. Court or Organization<br><br>U.S. District Court--Nebraska | 3. Date of Report<br><br>5/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge--Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Robert V. Denney Courthouse
100 Centennial Mall, N. #566
Lincoln, NE 68508

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Inn Administrator--5/2013 to 5/2018 | Robert Van Pelt Inn of Court, Lincoln, Nebraska |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

**☑** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

**☐** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2-12/2018 | State of Nebraska-Department of Administrative Services/ wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**☑** NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 Lincoln, NE 2007 65,000 | C | Rent | L | R | | | | | |
| 2. Rental Property #2 Orlando, FL 2008 $142,000 | | None | M | R | | | | | |
| 3. Acreage, Lincoln County, SD 4/2013 $190,000 | | None | M | R | | | | | |
| 4. Rental Property #3 Vancouver WA 1/2016 $235,000 | | None | M | R | | | | | |
| 5. Disney Vacation Club, Lake Buena Vista, FL 12,000 8/1992 | | None | J | R | | | | | |
| 6. Vanguard Total Stock Mkt Index | A | Dividend | J | T | | | | | |
| 7. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 8. Vanguard Windsor II Fund Inv | A | Dividend | J | T | | | | | |
| 9. Vanguard Target Retirement 2015 | A | Dividend | J | T | Sold (part) | 02/20/18 | J | A | to 500 Index Fund |
| 10. Vanguard Target Retirement Income | A | Dividend | K | T | Sold (part) | 05/03/18 | J | A | |
| 11. Vanguard Long-Term Bond Index | A | Dividend | J | T | | | | | |
| 12. Vanguard Long-Term Bond Index Adm | A | Dividend | J | T | | | | | |
| 13. Vanguard GNMA Fund Admiral Shares | A | Dividend | J | T | | | | | |
| 14. Vanguard Inter-Term Bond Index Adm | A | Dividend | K | T | | | | | |
| 15. Vanguard GNMA Fund Investor Shares | A | Dividend | J | T | | | | | |
| 16. Vanguard Inflation-Protected Securities Fund Investor Shares | A | Dividend | J | T | | | | | |
| 17. Vanguard Long-Term Investment-Grade Fund Investor Shares | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vangaurd Global Equity Fund | A | Dividend | J | T | | | | | |
| 19. Vanguard Primecap Core Fund | A | Dividend | M | T | | | | | |
| 20. Vanguard Windsor II Fund Adm | A | Dividend | L | T | | | | | |
| 21. Vanguard Intermediate Term Bond Index Admiral Shares Fund | A | Dividend | J | T | | | | | |
| 22. Vanguard 500 Index Fund Inv | A | Dividend | J | T | Buy | 02/20/18 | J | | from Target Ret. 2015 |
| 23. Dodge & Cox Stock Fund | A | Dividend | L | T | | | | | |
| 24. Dodge & Cox Balanced Fund | A | Dividend | K | T | | | | | |
| 25. Dodge & Cox Income Fund | A | Dividend | K | T | | | | | |
| 26. Dodge & Cox International Stock Fund | A | Dividend | K | T | | | | | |
| 27. USAA Extended Martket Index Retail USMIX | A | Dividend | K | T | | | | | |
| 28. USAA S&P 500 Index USSPX | A | Dividend | L | T | | | | | |
| 29. USAA High Income Fund Fund) | A | Dividend | J | T | | | | | |
| 30. USAA Tax Exempt Intermed Term Retail USATX | A | Int./Div. | J | T | | | | | |
| 31. USAA Gov't Securities Fund (f/k/a GNMA Trust) | A | Int./Div. | J | T | | | | | |
| 32. USAA Income fund | A | Int./Div. | J | T | | | | | |
| 33. USAA Intermediate Term Bond fund | A | Int./Div. | J | T | | | | | |
| 34. USAA Precious Metals and Minerals fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USAA Target Retirement 2040 Fund | A | Int./Div. | J | T | | | | | |
| 36. State of Nebraska Deferred Employees Retirement Plan | A | Interest | J | T | Buy | 02/28/18 | J | | |
| 37. Ameritas Stock Index Fund | A | Int./Div. | J | T | Buy | 02/28/18 | J | | |
| 38. Ameritas Large Company Growth Stock Index Fund | A | Int./Div. | J | T | Buy | 02/28/18 | J | | |
| 39. Ameritas Large Company Value Stock Index Fund | A | Int./Div. | J | T | Buy | 02/28/18 | J | | |
| 40. Ameritas Small Company Stok Fund | A | Int./Div. | J | T | Buy | 02/28/18 | J | | |
| 41. Ameritas International Stock Index Fund | A | Int./Div. | J | T | Buy | 02/28/18 | J | | |
| 42. Ameritas Age-Based Conservative Fund | A | Int./Div. | J | T | Buy | 02/28/18 | J | | |
| 43. American Cap Inc Builder A | A | Int./Div. | J | T | Buy | 01/02/18 | J | | |
| 44. American Growth Fund of America A | A | Int./Div. | J | T | Buy | 01/02/18 | J | | |
| 45. American Investment Co of America A | A | Int./Div. | J | T | Buy | 01/02/18 | J | | |
| 46. Stock--Walt Disney World (DIS) | A | Dividend | J | T | Buy | 05/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl R. Zwart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544